ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEX.
FILED
MAY 19 2014
CLERK, U.S. DISTRICT COURT
By_____
     Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 4:14-CR-054-A |
| JAMES EDWARD JONES (01) | |

## GOVERNMENT'S WITNESS LIST

| Name/Address | Sworn/Testified<br>Subject Matter of Testimony |
|---|---|
| 1. Scott Irwin<br>U.S. Probation Officer | _____/_____<br>Will testify as to all relevant facts regarding the defendant's violations of conditions of supervision alleged in the Petition for Offender Under Supervision filed April 21, 2014. |

Respectfully submitted,

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

*/s/ Aisha Saleem*

AISHA SALEEM
Assistant United States Attorney
Texas State Bar No. 00786218
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455

Witness List – Page 1

CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the above pleading was this day served upon William Hermesmeyer, counsel of record for the defendant, in accordance with the provisions of Rule 49 of the Federal Rules of Criminal Procedure and served on Scott Irwin, U.S. Probation Officer, via hand-delivery to the U.S. Probation Office, Fort Worth, Texas.

DATED this 19th day of May, 2014.

*[signature]*
AISHA SALEEM
Assistant United States Attorney

Witness List – Page 2